**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JAMES AND ROSA COSSETT**                                                          **PLAINTIFF**

**VERSUS**                                                              **CIVIL ACTION NO. 1:08cv332HSO-JMR**

**CITY OF GAUTIER, et al**                                                    **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [11] of Chief United States Magistrate Judge John M. Roper entered in this cause on October 20, 2009. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, Plaintiff's Complaint should be and is hereby dismissed without prejudice pursuant to FED. R. CIV. P. 41(b) for failure to prosecute.

**SO ORDERED AND ADJUDGED**, this the 10th day of November, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE